PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY SPIVAK
ALEXANDRE DEMPSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD ARNOLD ARMENTA,<br><br>　　　　　　　Defendant. | CASE NO. 5:20-MJ-00046-JLT<br><br>MOTION TO DISMISS COUNT ONE; [PROPOSED] ORDER DISMISSING COUNT 1 AND SETTING A STATUS CONFERENCE |

**MOTION TO DISMISS COUNT ONE**

Plaintiff United States of America, by and through counsel, moves to dismiss Count One, a violation of 16 U.S.C. § 3372(a)(4), of the November 20, 2020 Criminal Complaint against Richard Arnold Armenta pursuant to Federal Rule of Criminal Procedure 48(a). With the dismissal of Count One, the only Class A Misdemeanor charge in the Complaint will be dismissed, obviating the need for the currently scheduled July 30, 2021 preliminary hearing. The United States requests that the currently scheduled preliminary hearing be converted to a status date.

Dated: July 29, 2021　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　 /s/ ALEXANDRE DEMPSEY
　　　　　　　　　　　　　　　　　　　　　　　ALEXANDRE DEMPSEY
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

MOTION TO DISMISS COUNT ONE　　　　　1

**[PROPOSED] FINDINGS AND ORDER**

Based upon the motion of the government, the Court **ORDERS**:

1. Count 1 is DISMISSED.
2. The preliminary hearing is VACATED.
3. The Court sets a status conference on September 7, 2021 at 9 a.m.

IT IS SO ORDERED.

Dated:  **July 29, 2021**                    _ **/s/ Jennifer L. Thurston**
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE