# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>RICHARD ARNOLD ARMENTA,<br><br>      Defendant. | Case No. 5:20-mj-00046-JLT<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

  PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

  **Convicted of:**  36 C.F.R. § 2.2(a)(1), taking of wildlife in a National Park, and 36 C.F.R. § 2.4(c), carrying a loaded firearm in a motor vehicle

  **Sentence Date:**  December 3, 2021

  **Review Hearing Date:** October 4, 2022

  **Probation Expires On:** December 3, 2022

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,000 which Total Amount is made up of a Fine: $ 990 Special Assessment: $ 10 Processing Fee: $ 0 Restitution: $ 0

☐ Payment schedule of $  per month by the  of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** "The defendant shall forfeit and abandon the AR-15 rifle manufactured by DPMS."

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

  **Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

  If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
                       Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Jeffrey Spivak

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/4/2022 at 9:00 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  8/24/2022           /s/  Erin Snider
                            DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED without prejudice. While the Court did not order a status report in this case, just a review hearing, the Court will entertain vacating the October review but with a status report filed 14 days prior to the hearing, not almost 2 months prior.  Since probation expires in December the Court needs more of period to make an assessment on vacating the October hearing.

IT IS SO ORDERED.

Dated:   **August 26, 2022**                    _____
                                                UNITED STATES MAGISTRATE JUDGE