# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>RICHARD ARNOLD ARMENTA,<br><br>　　　　　　　　Defendant. | Case No.  5:20-mj-00046-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

　　　　PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**　　36 C.F.R. § 2.2(a)(1), taking of wildlife in a National Park, and 36 C.F.R. § 2.4(c), carrying a loaded firearm in a motor vehicle

**Sentence Date:**　　December 3, 2021

**Review Hearing Date:** October 4, 2022

**Probation Expires On:** December 3, 2022

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　　**Obey all federal, state and local laws**; and

☒　　**Monetary Fines & Penalties in Total Amount of:**　$1,000 which Total Amount is made up of a Fine: $ 990 Special Assessment: $ 10 Processing Fee: $ 0 Restitution: $ 0

☐　　Payment schedule of $　　　per month by the　　　of each month.

☐　　**Community Service hours Imposed of:**

☒　　**Other Conditions:**　"The defendant shall forfeit and abandon the AR-15 rifle manufactured by DPMS."

### *COMPLIANCE:*

☒　　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

　　　**Otherwise:**

☐　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　If so, describe arrest/charge/citation (location, court, date & offense): *Click here to enter text.*

☐　　To date, Defendant has paid a total of $
　　　☐ If not paid in full when was last time payment:　　　Date: *Click here to enter a date.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount:

☐　　To date, Defendant has performed *Click here to enter text.* hours of community service.

☐　　Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Jeffrey Spivak

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/4/2022 at 9:00 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  9/20/2022               /s/ Erin Snider
                                          DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **September 21, 2022**

UNITED STATES MAGISTRATE JUDGE